**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.  EP-20-CR-00920(1)-DB |
| | ) | |
| JORGE ALFONSO GUTIERREZ | ) | |

## MOTION FOR VARIANCE OR DEPARTURE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Defendant Jorge Alfonso Gutierrez,  by and through counsel, and respectfully files this motion for a variance or departure from the sentencing guidelines. For cause, Defendant would respectfully show this Honorable Court as follows:

I.

Federal Sentencing law permits a court to depart or grant a variance from a guideline-specified sentence only when it finds 'an aggravating or mitigating circumstance...that was not adequately taken into consideration by the Sentencing Commission...'. 18 U.S.C. § 3553(b). Thus, cases that are outside of the "heartland" of typical cases allow the court to consider whether a departure or variance is justified. Under 18 U.S.C. § 3553(a) and (a) (2), and pursuant to Supreme Court precedent under *Booker, Gall,* and *Kimbrough v. United States,* 552 U.S. 85 (2007), the overarching statutory charge for district courts is to "impose a sentence that is sufficient, but not greater than necessary" to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; to afford adequate deterrence; to protect the public; and

to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment. The Court should then consider the other factors in 3553(a); among which are the history and characteristics of the defendant and the need to avoid unwarranted sentence disparities among defendants with similar records. 18 U.S.C. 3553(a).

## II.

There are 3553(a) factors that warrant a lesser sentence in this case. Principal among the reasons is Defendant's illness while being in custody. Defendant contracted Covid-19 twice while being detained in this case. He found himself with little medication to alleve his symptoms, and he basically had to gut it out. In addition, due to the pandemic, his family, who are from Mexico, have not been able to visit him and he has thus had to endure his time in isolation.

While being in custody, Defendant's step-father and a couple of his Uncles passed away due to Covid-19. Defendant, who suffers from co-morditites, had a hard time in custody with the disease. The pandemic made the time this Defendant has served more difficult than that ordinarily encountered by Defendants.

## III.

While in custody, Defendant has worked hard to make good use of his time. Attached as Exhibit A, are the certificates Defendant earned while incarcerated. His excellent use of time demonstrate to the Court that Defendant is not likely to commit any other offenses against the United States.

For these reasons, Defendant respectfully seeks a downward variance in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Honorable Court grant a variance or a departure from the sentencing guidelines.

Respectfully submitted,

ROBERT J. PEREZ
221 N. Kansas
Suite 1103
El Paso, Texas  79901
Tel No:  915-542-1222
Fax:  915-532-0904

By:_____/s/_____
**ROBERT J. PEREZ**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Motion for Sentencing Variance was electronically filed with the Clerk of the Court using the CM/ECF System and was delivered to Assistant U.S. Attorney Mary Dee Carraway at 700 E. San Antonio, Suite 200, El Paso, Texas, 79901.

_____/s/_____
**ROBERT J. PEREZ**

**EXHIBIT A**

# West Texas Detention Facility

## CERTIFICATE OF PARTICIPATION

AWARDED TO

**Gutierrez Jorge Alonso**

FOR SUCCESSFUL PARTICIPATION

**46642480**

**KITCHEN TRUSTY**

**Trusty Status for 4 months**

LASALLE
CORRECTIONS

HAS FULFILLED PROGRAM PARTICIPATION REQUIREMENTS TO THE BEST
OF THEIR ABILITY AND FOLLOWED ALL PROGRAM RULES IN PLACE.

P.Ramirez./Case Manager

Date: 01/19/2021



# West Texas Detention Facility

## CERTIFICATE OF PARTICIPATION

AWARDED TO

### *JORGE ALONSO GUTIERREZ*

FOR PARTICIPATION AS

PEER ASSISTANT

"CAPACITATE PARA EL EMPLEO"

(TRAIN FOR EMPLOYMENT)

From June 22, 2020 to Present

YOUR POSITIVE ATTITUDE AND MENTORING SKILLS HAVE MOTIVATED AND
ENCOURAGED FELLOW STUDENTS TO STRIVE IN TRAINING FOR EMPLOYMENT.

Cristina Vasquez
Instructor

February 11, 2021



# West Texas Detention Facility

## CERTIFICATE OF PARTICIPATION

LASALLE CORRECTIONS

AWARDED TO

### Gutierrez Jorge Alonso

### 46642480

FOR SUCCESSFUL PARTICIPATION

### Night Shift Trusty

### From 03/12/20 to Present Day

HAS FULFILLED PROGRAM PARTICIPATION REQUIREMENTS TO THE BEST OF THEIR ABILITY AND FOLLOWED ALL PROGRAM RULES IN PLACE.

P.Ramiez /Case Manager

Date: 08/05/2020









Capacítate
para el empleo

FUNDACIÓN
Carlos Slim

# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Disciplina en el trabajo

Ciudad de México a 23 de junio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica/1bsh0o568/

Folio: 1bsh0o568





Ciudad de México a 22 de junio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:

https://capacitateparaelempleo.org/verifica/bvag26d77/

Folio: bvag26d77

# Constancia de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Guía para entrevistas de trabajo



Capacítate
para el empleo

FUNDACIÓN
Carlos Slim





Folio: vy56wuk6b

https://capacitateparaelempleo.org/verifica/vy56wuk6b/

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:

Ciudad de México a 30 de junio de 2020

# Certificado de estudios

para acreditar que

**Jorge Alonso Gutierrez**

completó y aprobó los estudios de

## Trabajo en equipo













Folio: 3vagoys1g

https://capacitateparaelempleo.org/verifica/3vagoys1g/

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:

Ciudad de México a 30 de junio de 2020

# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

## Prácticas de cortesía

Capacítate
para el empleo

FUNDACIÓN
Carlos Slim







Ciudad de México a 24 de junio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica/r0hlnxzg9/

Folio: r0hlnxzg9

# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Razones por las que te elige o descarta una empresa



Capacítate
para el empleo

FUNDACIÓN
Carlos Slim









# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Manejo de juntas de trabajo

Ciudad de México a 30 de junio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica/ao0bl0get/

Folio: ao0bl0get

Capacítate para el empleo

FUNDACION Carlos Slim









# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Servicio de barbería (Barba y bigote)

Ciudad de México a 07 de julio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica/1wdgnp16r/

**Folio:** 1wdgnp16r







# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Electricista

Ciudad de México a 23 de junio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica/jdxhi1yzu/

Folio: jdxhi1yzu

Capacítate
para el empleo

FUNDACION
Carlos Slim





# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

## Operador de autotransporte



Capacitate
para el empleo

FUNDACION
Carlos Slim

Ciudad de México a 07 de julio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:

https://capacitateparaelempleo.org/verifica/s9vzeljw/

**Folio: s9vzeljw**









Capacítate
para el empleo

FUNDACIÓN
Carlos Slim

# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

## Almacenista-montacarguista

Ciudad de México a 07 de julio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirigete a:

https://capacitateparaelempleo.org/verifica/g40qvhsso/

**Folio:** g40qvhsso







# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Seguridad en dispositivos móviles y aplicativos (datos personales)

Ciudad de México a 23 de julio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:

https://capacitateparaelempleo.org/verifica/w5aud4mcq/

**Folio:** w5aud4mcq

Capacítate
para el empleo

FUNDACIÓN
Carlos Slim









Ciudad de México a 08 de julio de 2020

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica/i81do4dpt/

Folio: i81do4dpt

# Certificado de estudios

para acreditar que

## Jorge Alonso Gutierrez

completó y aprobó los estudios de

# Promotor en activación física

Capacítate para el empleo

FUNDACIÓN
Carlos Slim



FUNDACIÓN
Carlos Slim

---

LA DIRECCIÓN DE EDUCACIÓN DE FUNDACIÓN CARLOS SLIM
OTORGA EL

# DIPLOMA

A

## JORGE ALONSO GUTIERREZ

CURP: AOGJ900323

# DIPLOMADO TÉCNICO EN INTEGRIDAD WEB

IMPARTIDO DEL 01 DE OCTUBRE DE 2020 AL 19 DE OCTUBRE DE 2020

POR LA **FUNDACIÓN CARLOS SLIM** A TRAVÉS DE LA PLATAFORMA
**CAPACÍTATE PARA EL EMPLEO** CON UNA DURACIÓN DE 272 HORAS.

EL PRESENTE SE EXPIDE EN LA CIUDAD DE MÉXICO,
A LOS 19 DÍAS DE OCTUBRE DE 2020

**DR. JAVIER ELGUEA SOLIS**

DIRECTOR DE EDUCACIÓN

FUNDACIÓN CARLOS SLIM

**FOLIO FCS: CKWM42EHF**





FUNDACIÓN
Carlos Slim

Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica_diplomado/CKWM42EHF/



LA DIRECCIÓN DE EDUCACIÓN DE FUNDACIÓN CARLOS SLIM
OTORGA EL

# DIPLOMA

A

## JORGE ALONSO GUTIERREZ

CURP: AOGJ900323

## DIPLOMADO EN GESTIÓN DE AMBIENTES VIRTUALES DE APRENDIZAJE

IMPARTIDO DEL 22 DE SEPTIEMBRE DE 2020 AL 06 DE OCTUBRE DE 2020

POR LA **FUNDACIÓN CARLOS SLIM** A TRAVÉS DE LA PLATAFORMA **CAPACÍTATE PARA EL EMPLEO** CON UNA DURACIÓN DE 323 HORAS.

EL PRESENTE SE EXPIDE EN LA CIUDAD DE MÉXICO,
A LOS 06 DÍAS DE OCTUBRE DE 2020

**DR. JAVIER ELGUEA SOLIS**

DIRECTOR DE EDUCACIÓN

FUNDACIÓN CARLOS SLIM

**FOLIO FCS: 7QKB271JZ**






Para verificar la autenticidad de este documento escanea el código QR o dirígete a:
https://capacitateparaelempleo.org/verifica_diplomado/7QKB271JZ/

**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

UNITED STATES OF AMERICA )
)
v. ) NO. EP-20-CR-00920(1)-DB
)
JORGE ALFONSO GUTIERREZ )

## ORDER GRANTING VARIANCE

Before the Court is Defendant's motion for a departure or variance from the

sentencing guidelines. After considering the motion, the court is of the opinion that the

motion has merit and should be granted. Accordingly,

IT IS ORDERED that Defendant's motion for variance from the guidelines is

hereby GRANTED.

SIGNED and ENTERED this _____ day of August, 2021.


_____
DAVID BRIONES
UNITED STATES DISTRICT JUDGE