IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | §   CRIMINAL NO. 3-20-cr-00920-DB |
| v. | § |
| | § |
| JORGE ALONSO GUTIERREZ, | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL

On April 28, 2021, Defendant Jorge Alonso Gutierrez pled guilty to Counts One and Five of the Indictment in the above-captioned case. District Court Judge David Briones sentenced Defendant on September 2, 2021. The United States hereby dismisses counts 2-4 and 6-24 of the Indictment.

Dated: September 2, 2021

                                                        Respectfully submitted,

                                                        **TODD KIM**
                                                        U.S. DEPT. OF JUSTICE
                                                        ASSISTANT ATTORNEY GENERAL
                                                       ENVIRONMENT AND NATURAL
                                                       RESOURCES DIVISION

               By:     */s/ Mary Dee Carraway*
                          Mary Dee Carraway
                          Trial Attorney
                          Environmental Crimes Section
                          U.S. Department of Justice

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Robert Perez, Esq.
    Counsel for Defendant

                                            */s/ Mary Dee Carraway*
                                            Mary Dee Carraway
                                            Trial Attorney
                                            US Dept. of Justice
                                            Washington, DC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **SEALED** |
| Plaintiff, | § | |
| | § | NO. EP-18-CR-3013-KC |
| v. | § | |
| | § | |
| **ROSA MARIA MARTINEZ,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1, and the Court having considered the same, is of the opinion that said Motion should be **GRANTED**.

**SIGNED AND ENTERED** this _____ day of _____ 2019.

_____
HON. KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE