**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO.  3-20-cr-00920-DB** |
| **v.** | § | |
| | § | |
| **JORGE ALONSO GUTIERREZ,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>AMENDED ORDER OF DISMISSAL</u>**

On April 28, 2021, Defendant Jorge Alonso Gutierrez pled guilty to Counts One and Five of the Indictment in the above-captioned case. District Court Judge David Briones sentenced Defendant on September 2, 2021. The United States hereby dismisses counts 2-4 and 6-24 of the Indictment.


Dated: September 2, 2021


Respectfully submitted,


**TODD KIM**
U.S. DEPT. OF JUSTICE
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION


By:      */s/ Mary Dee Carraway*
Mary Dee Carraway
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Robert Perez, Esq.
Counsel for Defendant

*/s/ Mary Dee Carraway*
Mary Dee Carraway
Trial Attorney
US Dept. of Justice
Washington, DC
